**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

## Distribution of Instructions & Forms for Pro Se / Prisoner Parties

**Second/Successive Petition Filed**

_X_ Acknowledgment and Notice of Appearance
_X_ Docketing Notice
_X_ Docket Report
_X_ T-1080 Form
_X_ How to Appeal as a Pro Se Party
_X_ How to file a Habeas Corpus Petition
_X_ Appropriate Application: (2254 or 2255)
_X_ Certificate of Service
_X_ Form 6 Certificate of compliance
_X_ Form 7 Declaration of Inmate Filing

26-15