United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 6, 2026
Docket #: 26-15
Short Title: Romano v. United States of America

DC Docket #: 1:12-cr-691-1
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Denny Chin

## NOTICE OF DEFECTIVE FILING

On January 06, 2026 the Motion for assignment of pro bono counsel, to expedite appeal, on behalf of the Petitioner Joseph Romano, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
\_\_X\_\_ **Missing motion information statement** *(T-1080 - Local Rule 27.1)*
\_\_X\_\_ **Missing supporting papers for motion (e.g, affidavit/affirmation/declaration)** *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
\_\_X\_\_ **Improper proof of service** *(FRAP 25)*
  \_\_X\_\_ **Missing proof of service**
  _____ Served to an incorrect address
  _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here
  for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
  _____ Incorrect caption *(FRAP 32)*
  _____ Wrong color cover *(FRAP 32)*
  _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
\_\_X\_\_ Other: **Refile motion with a T-1080 form, supporting papers, and certificate of**

**service. Serve opposing counsel Amy Busa, Assistant U.S. Attorney United States Attorney's Office for the Eastern District of New York 271 Cadman Plaza East Brooklyn, NY 11201.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than January 26, 2026. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8551.