26-15

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Joseph Romano, Petitioner.

Re: Application for Authorization to File a Successive Motion Under 28 U.S.C. § 2255 (Related to E.D.N.Y. No. 1:12-cr-00691)

**Notice of Supplemental Authority (Fed. R. App. P. 28(j))**

Pursuant to Federal Rule of Appellate Procedure 28(j), Petitioner Joseph Romano respectfully submits Bowe v. United States, No. 24-5438 (U.S. Jan. 9, 2026), as pertinent and significant supplemental authority while his application for authorization remains pending.

In Bowe, the Supreme Court held that the certiorari bar in 28 U.S.C. § 2244(b)(3)(E) does not apply to federal prisoners seeking authorization to file successive motions under 28 U.S.C. § 2255(h). The Court further rejected the application of § 2244(b)(1)'s "previously presented claim" bar to federal prisoners proceeding under § 2255.

This authority bears directly on the procedural and jurisdictional framework governing Petitioner's pending application. Under Bowe, a court of appeals' gatekeeping determination in a federal § 2255(h) case is no longer categorically insulated from potential Supreme Court review in the event of a denial. Accordingly, the application of § 2255(h)'s prima facie standard proceeds within a clarified legal landscape.

Respectfully submitted,

/s/ Joseph Romano          January 23, 2026
Joseph Romano
Petitioner, Pro Se
Reg. No. (72247053)
ADX Florence
P.O. Box 8500
Florence, CO 81226

Date: January 23, 2026



# CERTIFICATE OF SERVICE

I, Joseph Romano, hereby certify that on this ~~15th~~ 26th day of January, 2026, I served a true and correct copy of the foregoing Notice of Supplemental Authority (Fed. R. App. P. 28(j)) by depositing the same in the institutional mail system at ADX Florence, with first-class postage prepaid, addressed to:

Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Office of the United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Joseph Romano
Joseph Romano

RECEIVED FEB -3 PM 3:00 U.S. COURT OF APPEALS, SECOND CIRCUIT



Name: Romano Joseph
Reg. No.: 77747053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500
Lm-26-036

DENVER CO 802
31 JAN 2026 PM 5 L

c/o Clerk of the Court
Second Circuit Court of
Appeals
United States Courthouse
40 Foley Square
New York, DNY.
10007

Prison legal mail Jan. 25, 2026