**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: February 6, 2026 | DC Docket #: 1:12-cr-691-1 |
| Docket #: 26-15 | DC Court: EDNY (BROOKLYN) |
| Short Title: Romano v. United States of America | DC Judge: Trial Judge - Denny Chin |

## CASE STATUS UPDATE NOTICE

In response to your letter dated February 3, 2026, your appeal is open. Please note that a successive application is required for this appeal and has yet to be filed. Please see the copy of the docket sheet.

Inquiries regarding this case may be directed to 212-857-8638.