UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 1-12-cr-691-1

Caption [use short title]: Romano v. USA

Motion for: COA application for second or successive petition.

Set forth below precise, complete statement of relief sought:
Respectfully I'm requesting a COA for the above listed case transferred by the District Judge Chin, to obtain authorization to consider application - motion to be considered in said Court.

ROMANO
v.
United States of America

MOVING PARTY: Joseph Romano
OPPOSING PARTY: Amy Busa US Attorney

[ ] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: Joseph Romano
OPPOSING ATTORNEY: Amy Busa AUSA

[name of attorney, with firm, address, phone number and e-mail]

PO Box 8500 US Penitentiary Max.
Florence, CO 81226

United States Attorney office
Eastern District of N.Y.,
271 Cadman Plaza E. Brooklyn, N.Y. 1120_

Court- Judge/ Agency appealed from: Denny Chin, Appelate Judge (Case transferred for COA).

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [✓] No (explain): In the process as restrictions inhibate ability to properly serve opposing counsel.

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has this request for relief been made below? [ ] Yes [✓] No
Has this relief been previously sought in this court? [ ] Yes [✓] No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? [✓] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [✓] No If yes, enter date: N/A

Signature of Moving Attorney: /s/ Joseph Romano
Date: Jan. 22, 2026
Service: [✓] Electronic [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

January 22, 2026

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of
Appeals for Second Circuit
40 Foley Square
New York, N.Y. - 10007

Re: Application - request COA.

Hon. Clerk of the Court,

Enclosed you will find my application to the Second Circuit Court of Appeals for a Certificate of Appealability.

I am unable to specifically provide this Honorable Court with dates, numbers, names, amounts, titles or orderly arrangement with respect to previous motions or filings. My paperwork is limited, obstructed, molested and confiscated.

Furthermore, I have requested copies of enclosed documents which will immediately be enclosed in an envelope and forwarded to the opposing

1 of 15

Attorney (Amy Busa) at the U.S. Attorney' office 271 Cadman Plaza East, Brooklyn N.Y. 11201.

Respectfully submitted

*Joseph Romano*

Joseph Romano

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## MOTION FOR AN ORDER AUTHORIZING THE DISTRICT COURT TO CONSIDER A SUCCESSIVE OR SECOND MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT to 28 U.S.C. §§ 2244 (b), 2255(h) BY A PRISONER IN FEDERAL CUSTODY

NAME:
Joseph Romano

PLACE OF CONFINEMENT:
ADX Florence Co.

PRISONER NUMBER:
(72247053)

## Instructions–Read Carefully

(1) This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. All documents must be on 8½ x 11 inch paper; the Court will not accept other paper sizes. Any false statements of a material fact may serve as the basis for prosecution and conviction for perjury.

(2) All questions must be answered concisely in the proper space on the form.

(3) Movant seeking leave to file a second or successive petition is required to use this form.

(4) Movant may use additional pages only to explain additional grounds for relief and set forth additional facts and documents that support any alleged grounds. Separate petitions, motions, briefs, arguments, etc. should not be submitted.

(5) In capital cases only, the use of this form is optional, and separate petitions, motions, briefs, arguments may be submitted.

Rev. 1.24.2018

(6) Movant must show in the motion to the Court of Appeals that the claim to be presented in a second or successive habeas corpus application is based upon either

    (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable fact finder would have found the movant guilty of the offense; or

    (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

(7) Send the completed motion, the original and two copies, to:

    **Clerk of Court**
    **United States Court of Appeals for the Second Circuit**
    **Thurgood Marshall United States Court House**
    **40 Foley Square**
    **New York, New York 10007**

Rev. 1.24.2018

# MOTION

1.  (a) State and division of the United States District Court which entered the judgment of conviction under attack _District Court Eastern District of New York Requesting COA authorization for District Court to review merits (Transfered from Judge Chin)._
    (b) Case number _1:12 CR 691-1_

2.  Date of judgment of conviction _____

3.  Length of sentence _Life_    Sentencing Judge _Keenan (deceased)_

4.  Nature of offense or offenses for which you were convicted: _Conspiracy to Murder employee of the Government - by Sharks in a fish Tank (absurd on its face)._

5.  Have you taken a direct appeal relating to this conviction and sentence in the federal court?
    Yes [✓] No [ ]  If "yes", please note below:

    (a) Name of court _Eastern District of New York_
    (b) Case number _1:12cr691-1_
    (c) Grounds raised (list all grounds; use extra pages if necessary) _Grounds Never adjudicated (merits)_

    (d) Result _Denied_
    (e) Date of result _?_

6.  Related to this conviction and sentence, have you ever filed a motion to vacate in any federal court?
    Yes [✓] No [ ]
    If "yes", how many times? _less than 7, more_ (if more than one, complete 7 and 8 below as necessary _than once_
    (a) Name of court _District Court_
    (b) Case number _1 12cr691-1_
    (c) Nature of proceeding _Denied; merits never adjudicated._

Page 3                                                        Rev. 1.24.2018

_11 of 15_

(d) Grounds raised (list all grounds; use extra pages if necessary) See Motion filed with District.

(e) Did you receive an evidentiary hearing on your motion? Yes ☐ No ☑
(f) Result  Denied Certificate Appeal
(g) Date of result  ?

7. As to any second federal motion, give the same information:
(a) Name of court  All Eastern District
(b) Case number
(c) Nature of proceeding

(d) Grounds raised (list all grounds; use extra pages if necessary)  N/A

(e) Did you receive an evidentiary hearing on your motion? Yes ☐ No ☑
(f) Result
(g) Date of result  N/A

8. As to any third federal motion, give the same information:
(a) Name of court
(b) Case number  N/A
(c) Nature of proceeding

(d) Grounds raised (list all grounds; use extra pages if necessary)
N/A

(e) Did you receive an evidentiary hearing on your motion? Yes ☐ No ☑
(f) Result
(g) Date of result  N/A

Page 4

Rev. 1.24.2018

12 of 15

9. Did you appeal the result of any action taken on your federal motions? (Use extra pages to reflect additional federal motions if necessary)
   (1) First motion No ☐ Yes ☑ Appeal No. _____
   (2) Second motion No ☐ Yes ☑ Appeal No. _Information Not_
   (3) Third motion No ☐ Yes ☑ Appeal No. _Available._

10. If you did not appeal from the adverse action on any motion, explain briefly why you did not: _N/A_

11. State concisely every ground on which you now claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.
    A. Ground one: _Newly found evidence, 4, 5, 6th Amendment Violations_

    Supporting FACTS (tell your story briefly without citing cases or law):
    _See Motion transferred by Judge Denny Chin for Authority to adjudge the Merits - facts of this case -_

    Was this claim raised in a prior motion? Yes ☐ No ☑

    Does this claim rely on a "new rule of constitutional law?" Yes ☑ No ☐
    If "yes," state the new rule of constitutional law (give case name and citation):
    _Glossip._

    Does this claim rely on "newly discovered evidence?" Yes ☑ No ☐
    If "yes," briefly describe the newly discovered evidence, attach a copy (if available), state when you obtained it, and why it was not previously available to you. _Government failure to correct witness, and disclose witness history (Brady violations), Trial Structural errors._

Page 5                                                                Rev. 1.24.2018

_13 of 15_

B. Ground two: _See 98 page Motion_

Supporting FACTS (tell your story briefly without citing cases or law):

_See above_

Was this claim raised in a prior motion? Yes ☑ No ☑ _Some_

Does this claim rely on a "new rule of constitutional law?" Yes ☑ No ☐
If "yes," state the new rule of constitutional law (give case name and citation):

Does this claim rely on "newly discovered evidence?" Yes ☑ No ☐
If "yes," briefly describe the newly discovered evidence, attach a copy (if available), state when you obtained it, and why it was not previously available to you.

_Government with held from Jury witness' background._

[Additional grounds and facts and documents supporting any alleged grounds may be set forth on extra pages if necessary]

12. Do you have any motion or appeal now pending in any court as to the judgment now under attack? Yes ☐ No ☑
If "yes," Name of court _____ Case number _____

Page 6                                                          Rev. 1.24.2018

_14 of 15_

Wherefore, movant prays that the United States Court of Appeals for the Second Circuit grant an Order Authorizing the District Court to Consider Movant's Second or Successive Motion to Vacate under 28 U.S.C. § 2255.

_____
Movant's Signature

I declare under Penalty of Perjury that my answers to all the questions in this motion are true and correct.

Executed on _January 22, 2026_____  _____
[date]                                 Movant's Signature

## PROOF OF SERVICE

Movant must send a copy of this motion and all attachments to the United States Attorney's office in the district in which you were convicted.

I certify that on _January 22, 2026_, I mailed a copy of this motion*
[date]

and all attachments to _Amy Busa_____ at the following address:

_United Attorneys office EDNY_____

_271 Cadman Plaza East_____

_Brooklyn, N.Y. 11201_____
                                       _____
                                       Movant's Signature

---

\*   Pursuant to FRAP 25(a), " Papers filed by an inmate confined in an institution are timely filed if deposited in the institution's internal mail system on or before the last day of filing. Timely filing of papers by an inmate confined in an institution may be shown by a notarized statement or declaration (in compliance with 28 U.S.C. § 1746) setting forth the date of deposit and stating that first-class postage has been prepaid."

15 of 15

**Federal Rules of Appellate Procedure Form 7. Declaration of Inmate Filing**

United States District Court for the District of ___Eastern New York___

|  |  |  |
|---|---|---|
| v. | ) *Plaintiff,* ) ROMANO ) ) ) *Defendant.* ) United States of America | Case No. ___1:12 cr 691___ |

I am an inmate confined in an institution. Today, ___Jan. 22, 2026___ [*insert date*], I am depositing the ___Request CoA___ [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here ___[signature]___

Signed on ___January 22, 2026___ [*insert date*]

[***Note to inmate filers:*** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

4 of 15

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Joseph Romano

**CERTIFICATE OF SERVICE***

Docket Number: 1:12 CR-691-1

v.

United States of America

I, Joseph Romano, hereby certify under penalty of perjury that
(print name)
on January 22, 2026, I served a copy of this application
(date)
for request of COA
(list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Amy Busa | 271 Cadman Plaza East | Brooklyn | NY | 11201 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

Jan. 22, 2026
Today's Date                                Signature

Certificate of Service Form (Last Revised 12/2015)

3 of 15

Name: Romano Joseph
Reg No: (72247-053)
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

LM-26-033

Denver, CO P...
WED 28 JAN 2...

c/o Clerk of the Court
Hon. Catherine O'Hagan Wolfe
United States Court of Appeals
Second Circuit Court
40 Foley Square
New York, N.Y. 11201