# PUBLIC DOCKET FOR

# United States Court of Appeals for the Second Circuit

Court of Appeals Docket #: 26-15  
Docketed: 01/06/2026  
Case Name: Romano v. United States of America  
Status: Open  
Nature of Suit:  
Appeal From: EDNY (BROOKLYN)  
Fee Status: Not Applicable

## Case Type Information

1. Original Proceeding
2. Successive Petition
3. Federal - §2255

## Originating Court Information

District: EDNY (BROOKLYN): 1:12-cr-691-1  
Trial Judge: Denny Chin, Appellate Judge  
Date Filed: 11/07/2012

Date Rec'd COA  
01/06/2026

District: EDNY (BROOKLYN): 1:25-cv-5488  
Trial Judge: Denny Chin, Appellate Judge  
Date Filed: 09/23/2025

## Associated Cases

| Role (To) | Case Number (Connected To) | Connected To | Starting | Ending |
|---|---|---|---|---|
| CM/ECF Case | 14-1588 | United States of America v. Romano | 01/06/2026 | |

## Party and Attorney Listing

JOSEPH ROMANO  
72247-053,  
Petitioner

Joseph Romano  
[Pro Se]  
USP FLORENCE ADMAX  
U.S. PENITENTIARY

*10 of 15*