United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of February, two thousand twenty-six.

Present:
    Steven J. Menashi,
        *Circuit Judge*.

Joseph Romano,

        *Petitioner*,

v.                                                                                                                           26-15

United States of America,

        *Respondent*.

Petitioner moves for leave to file a successive 28 U.S.C. § 2255 motion based on a new rule of constitutional law announced in *Glossip v. Oklahoma*, 604 U.S. 226 (2025), and newly discovered evidence. Petitioner's motion also requests a certificate of appealability. However, Petitioner's motion is missing page 5, improperly incorporates by reference a 98-page document from the district court docket, and, even if that 98-page document is considered, does not properly set forth his claims.

Upon due consideration, it is ORDERED that Petitioner file, within 30 days of the date of this order, an amended motion that (a) clearly and separately sets out each individual claim, (b) separately describes each piece of new evidence supporting each individual claim, (c) separately explains why each piece of evidence could not have been previously discovered and how each piece was discovered, (d) explains why the new evidence would cause a reasonable factfinder to reject the inculpatory evidence presented at trial, and (e) identifies the new rule of constitutional law he relies on and demonstrates that the Supreme Court has made that new rule of law retroactively applicable to cases on collateral review. Petitioner also must provide this Court with a copy of the new evidence on which he relies, or a clear explanation of where an admissible version of that evidence can be found. Respondent is directed to respond to Petitioner's amended motion within 21 days after its filing.

It is further ORDERED that the decision on Petitioner's motion to file a successive § 2255 motion

is STAYED pending the filing of Petitioner's amended motion and Respondent's response because "all papers [are] required for a reasoned decision." *Galtieri v. United States*, 128 F.3d 33, 37 (2d Cir. 1997).

Finally, it is ORDERED that, to the extent Petitioner requests a certificate of appealability, it is DENIED as unnecessary in this proceeding. *See* 28 U.S.C. § 2253(c)(1) (providing that a certificate of appeal is necessary to appeal "the final order in a habeas corpus proceeding" under § 2254 and § 2255).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court