UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of March, two thousand twenty-six,

Joseph Romano,

    Petitioner,

v.

United States of America,

    Respondent.

**ORDER**
Docket No. 26-15

    Petitioner Joseph Romano's submission of a Motion for assignment of pro bono counsel, to expedite appeal does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

    IT IS HEREBY ORDERED that the said Motion for assignment of pro bono counsel, to expedite appeal is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court