# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Docket No. 26-15

**JOSEPH ROMANO, Petitioner Pro Se,**

v.

**UNITED STATES OF AMERICA, Respondent.**

## PRO SE NOTICE OF CROSS-DOCKET PROCEDURAL POSTURE (ADMINISTRATIVE ONLY)

I, Joseph Romano, Petitioner Pro Se, submit this administrative notice to inform the Court that there is an active docket order in my related criminal matter, United States v. Romano, No. 2:09-cr-00170-EK (E.D.N.Y.).

Attached as Exhibit 1 is a copy of the relevant docket entry reflecting the current procedural posture in that matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _March 8_____, 2026

_____

Joseph Romano, Petitioner Pro Se
Reg. No. 72247-053
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

2 of 8

Eastern District of New York - LIVE Database 1.8 (Revision 1.8.4)

**Query    Reports    Utilities    Help    Log Out**

CLOSED,MJSELECT-VMS,PROSE

# U.S. District Court
## Eastern District of New York (Central Islip)
## CRIMINAL DOCKET FOR CASE #: 2:09-cr-00170-EK-1

Case title: USA v. Romano et al                    Date Filed: 03/24/2009

Related Case: 2:16-cv-00893-EK                    Date Terminated: 10/19/2012

---

Assigned to: Judge Eric R. Komitee

### Defendant (1)

**Joseph Romano**
*TERMINATED: 10/19/2012*

represented by **Andrew H. Freifeld**
Andrew H. Freifeld
30 Vesey Street
6th Floor
New York, NY 10017
212-240-9406
Fax: 212-385-0662
Email: frylaw@doitnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Charles F. Carnesi**
1225 Franklin Avenue
Suite 325
Garden City, NY 11530
516-512-8914
Fax: 516-873-8881
Email: srginsberg@mac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gary Matthew Kaufman**
Law Office of Gary Kaufman, PLLC
377 Broadway, 8th Floor
New York, NY 10013
347-855-9102
Fax: 212-202-7949
Email: gary@garykaufmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

*3 of 8*

**Mark E. Goidell**

610 Federal Plaza
Central Islip, NY 11722
(631) 715-7865
Fax: (631) 715-7920
Email: thomas.sullivan@usdoj.gov
*TERMINATED: 02/21/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Matthew Francis Sullivan**
DOJ-USAO
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6004
Email: matthew.sullivan@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2026 | | ORDER as to Joseph Romano: The government is directed to respond to the defendant's Motion for Compassionate Release 793 by March 19, 2026. Ordered by Judge Eric R. Komitee on 2/18/2026.(JAP) (Entered: 02/18/2026) |
| 02/03/2026 | 797 | Letter from Joseph Romano to Judge Komitee dated 1/16/2026 attaching Reply Section One and Two. (IH) (Entered: 02/04/2026) |
| 02/03/2026 | 796 | Letter from Joseph Romano to Judge Komitee dated 1/16/2026 attaching Reply Section One and Notice of Supplemental Authority. (IH) (Entered: 02/04/2026) |
| 02/03/2026 | | ORDER: Petitioner's motion for the appointment of counsel 795 is denied. *See generally U.S. v. Yousef*, 395 F.3d 76, 77 (2d Cir. 2005) (per curiam) (noting that "there is no constitutional right to representation by counsel in habeas corpus proceedings"). Ordered by Judge Eric R. Komitee on 2/3/2026.(JAP) (Entered: 02/03/2026) |
| 01/22/2026 | 795 | Letter MOTION to Appoint Counsel by Joseph Romano. (IH) (Entered: 01/27/2026) |
| 12/18/2025 | 794 | Letter in Support re 793 c1A Compassionate Release to Modify Term of Imprisonment (First Step Act) (IH) (Entered: 12/18/2025) |
| 12/15/2025 | 793 | c1A Compassionate Release to Modify Term of Imprisonment by Joseph Romano. (Attachments: # 1 Exhibits A-F) (IH) (Entered: 12/15/2025) |
| 12/03/2025 | 792 | Letters dated 11/22/2025 and 11/23/2025 from Joseph Romano to Judge Komitee re: government's response ordered by the Court and motion to cease and desist. (VRM) (Entered: 12/08/2025) |
| 11/25/2025 | 791 | Letter from Joseph Romano to Judge Komitee dated 10/31/2025 re: supplemental request in lieu of a more formal motion. (IH) (Entered: 11/25/2025) |
| 11/24/2025 | | ORDER: The government is directed to serve its October 20 letter and a copy of this order on petitioner and/or attach proof of service no later than December 8. Ordered by Judge Eric R. Komitee on 11/24/2025. (SPE) (Entered: 11/24/2025) |



4 of 8

| 11/20/2025 | 790 | Letter from Joseph Romano to Judge Komitee dated 11/7/2025 re: still no response from government. (IH) (Entered: 11/24/2025) |
|---|---|---|
| 11/13/2025 | 789 | Letter from Joseph Romano to Judge Komitee dated 10/29/2025 re: no response from government. (IH) (Entered: 11/13/2025) |
| 11/13/2025 | 788 | Letter from Joseph Romano dated 10/16/2025 re: civil case opened. (IH) (Entered: 11/13/2025) |
| 10/20/2025 | 787 | Letter *containing Government's supplemental brief addressing two issues in Defendant Romano's Section 2255 Petition (ECF No. 659)* as to Joseph Romano (Sullivan, Matthew) (Entered: 10/20/2025) |
| 09/16/2025 | | NOTICE (Copy of Documents Mailed): On September 16, 2025, pages 1 and 108 of the docket sheet were mailed to Joseph Romano (72247-053) at ADX Florence Colorado U.S. Penitentiary Max, P.O. Box 8500, Florence, CO 81226-8500. (APJ) (Entered: 09/16/2025) |
| 09/16/2025 | | ORDER: The government's motion for an extension of time is granted in part. The government's response shall be due October 20. Given the age of this case, no further extensions should be expected. Given the extension to the government, petitioner's response, if any, will now be due November 24. The Clerk of the Court is respectfully directed to mail a copy of this order to the petitioner and note that mailing on the docket. Ordered by Judge Eric R. Komitee on 9/16/2025. (APJ) (Entered: 09/16/2025) |
| 09/12/2025 | 786 | First MOTION for Extension of Time to File Response/Reply as to 659 MOTION to Vacate under 28 U.S.C. 2255 *, Set Aside, or Correct Sentence, filed* by USA as to Joseph Romano. (Sullivan, Matthew) (Entered: 09/12/2025) |
| 09/12/2025 | 785 | NOTICE OF ATTORNEY APPEARANCE Matthew Francis Sullivan appearing for USA. (Sullivan, Matthew) (Entered: 09/12/2025) |
| 09/03/2025 | 784 | ORDER: The government is respectfully directed to submit a supplemental brief, on or before September 26, addressing two issues in Joesph Romano's Section 2255 petition, ECF No. 659 . The petitioner may respond, if he chooses, on or before October 31. The Clerk of the Court is respectfully directed to mail a copy of this order to the petitioner forthwith. ORDER ATTACHED. Ordered by Judge Eric R. Komitee on 9/3/2025. (MJS) (Entered: 09/03/2025) |
| 05/25/2023 | | Appeal Deadlines Terminated as to Joseph Romano re 780 Notice of Appeal - Final Judgment filed by Joseph Romano. See 781 Mandate. (TLH) (Entered: 05/26/2023) |
| 05/25/2023 | 781 | MANDATE of USCA (certified copy) as to Joseph Romano, Vincent Romano, Kevin Wells re Notice of Appeal of Final Judgment. UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court is AFFIRMED. Issued as Mandate: 03/02/2023. (TLH) (Entered: 05/26/2023) |
| 08/12/2022 | | Electronic Index to Record on Appeal as to Joseph Romano sent to US Court of Appeals 780 Notice of Appeal - Final Judgment Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Jones, Vasean) (Entered: 08/12/2022) |
| 08/11/2022 | 780 | NOTICE OF APPEAL by Joseph Romano re 766 Order Adopting Report and Recommendations, Order of Restitution. (Jones, Vasean) (Entered: 08/12/2022) |
| 07/20/2022 | 776 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Joseph Romano held on 6/23/2011, before Judge A. Kathleen Tomlinson. Court Reporter/Transcriber Ellen Combs. Transcript may be viewed at the court public terminal |

**Federal Rules of Appellate Procedure Form 7. Declaration of Inmate Filing**

United States District Court for the District of _____E.D.N.Y._____

Joseph Romano )
        *Plaintiff,* )
    v. Petitioner )         Case No. __26-15__

United States of America )
        *Defendant.* )
        Respondent )

    I am an inmate confined in an institution. Today, _March 8, 2026_ [*insert date*], I am depositing the _Pro-se packet_ [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

    I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _____

Signed on _March 8, 2026_ [*insert date*]

[***Note to inmate filers:** If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

8 of 8

**CERTIFICATE OF SERVICE / DECLARATION OF INMATE FILING**

I, Joseph Romano, Petitioner Pro Se, certify that on ___March 8___, 2026, I served a true and correct copy of the foregoing Pro Se Notice of Cross-Docket Procedural Posture (Administrative Only), together with Exhibit 1, by depositing the same in the institutional legal mail system at USP Florence ADMAX, with first-class postage prepaid, addressed as follows:

AUSA Amy Busa
United States Attorney's Office, EDNY
271 Cadman Plaza East
Brooklyn, NY 11201

I also mailed a copy to:

Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___March 8___, 2026

Joseph Romano, Petitioner Pro Se
Reg. No. 72247-053

- T-1080
- Notice
- Exhibit 1
- FRAP form 7
- Certificate of service

1 of 8

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): _____     _____ Caption [use short title] _____

Motion for: _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

"Pro Se Notice of Cross-Docket Procedural Posture (administrative only) and Exhibit 1"

MOVING PARTY: _____  OPPOSING PARTY: _____

☐ Plaintiff        ☐ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: _____  OPPOSING ATTORNEY: _____

[name of attorney, with firm, address, phone number and e-mail]

_____     _____

_____     _____

_____     _____

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☐ No (explain): _____

_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?          ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

_____

_____

_____

_____

Is the oral argument on motion requested?   ☐ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes ☐ No  If yes, enter date: _____

Signature of Moving Attorney:

_____ Date: March 8, 2026   Service : ☐ Electronic ☑ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

7 of 8

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Joseph Romano
Petitioner

v.

United States of America
Respondent

**CERTIFICATE OF SERVICE***

Docket Number: _____
Second Circuit Case No. 26-15
(2:09-cr-00170-EK)

I, Joseph Romano _____, hereby certify under penalty of perjury that
(print name)

on March 8, 2026 _____, I served a copy of T-1080, Notice,
(date)
Exhibit 1 (5 pages), Frap form 7, Cert. of service
(list all documents)

by (select all applicable)**

___ Personal Delivery   ✓ United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties: United States Attorney's office E.D.N.Y.
AUSA Amy Busa 271 Cadman Plaza East Brooklyn, N.Y. 11201
Name            Address                City      State   Zip Code
Clerk of Court (2nd cir.) United States Court of Appeals, Second Cir. 40 Foley Square N.Y. N.Y. 10007
Name            Address                City      State   Zip Code

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
|      |         |      |       |          |

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
|      |         |      |       |          |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

March 8, 2026
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

6 of 8

Roland Joseph
(72#033)
...itentiary MAX
...x 8500
...ce, CO, 81226-8500
26-086

Clerk of the Court (Re:No. 26-15)
United States Court of Appeals
Second Circuit
40 Foley Square
New York, N.Y.
10007



