UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 26-15

Caption [use short title]

Motion for: Cure of Defective Motion for extension of Time (Dkt. Entry 9)

ROMANO V. United States of America

Set forth below precise, complete statement of relief sought:

Accept cured extension Motion; T-1080 and Proof of service attached.

USA

MOVING PARTY: Joseph Romano Pro Se    OPPOSING PARTY: Ausa Amy Busa

☐ Plaintiff    ☐ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Joseph Romano Pro Se    OPPOSING ATTORNEY: Amy Busa Ausa

[name of attorney, with firm, address, phone number and e-mail]

Joseph Romano    Ausa E.D.N.Y., 271 Cadman
USP Max. P.O.Box 8500    Plaza East,
Florence, Co. 81226    Brooklyn, N.Y.
                                                                11201

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☐ No (explain): _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

Is the oral argument on motion requested?    ☐ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes ☐ No If yes, enter date: _____

Signature of Moving Attorney:

_____ Date: March 13, 2026 Service: ☐ Electronic ☑ Other [Attach proof of service]  US-Mail

Form T-1080 (rev. 10-23)

January 21, 2026

Hon. Clerk of the Court
Catherine O'Hagan Wolfe
United States Court of Appeals
Second Circuit Court
40 Foley Square
New York, NY - 10007


Hon. Clerk of the Court,

Today January 21, 2026 I was handed an open envelope from The United States Court of Appeals with the post mark date January 6, 2026 and stamped Legal Mail to be opened Only in the presence of inmate.

I am under Special Administrative Measures (SAMs) and all my mail is obstructed and delayed.

Further, this facility wont allow me to SERVE the U.S. Attorney properly. My copies take up to a full week, I'm Not Supplied with Mailing supplies and unless a person is on my approved Correspondence

1 of 2

list I cannot mail them anything; approval takes months.

I am respectfully requesting this Honorable Court to give me a forty-five (45) day extension to cure the defects of my application for a Certificate of appealability.

Respectfully Submitted,

Joseph Romano

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Docket No. 26-15

Joseph Romano, Petitioner (Pro Se)
v.
United States of America, Respondent

**DECLARATION IN SUPPORT OF CURE OF DEFECTIVE EXTENSION MOTION (Dkt. Entry 9)**

I, Joseph Romano, declare under penalty of perjury as follows:

1. I am the pro se Petitioner in Second Circuit Case No. 26-15 and I am confined at ADX Florence (USP Florence ADMAX).

2. This declaration is submitted only in support of my Cure of Defective Motion for Extension of Time (Dkt. Entry 9).

3. I am curing the defects identified by the Court by submitting: Form T-1080 (Motion Information Statement), a Cure Motion (supporting paper), and a Certificate/Proof of Service showing service by U.S. Mail on Respondent's counsel AUSA Amy Busa at 271 Cadman Plaza East, Brooklyn, NY 11201.

4. Outgoing legal mail from ADX Florence is subject to significant delay due to institutional processing. I will deposit the cure packet into the institution's legal mail system and will complete FRAP Form 7 (Declaration of Inmate Filing) to document the date of deposit.

5. Because of institutional mail delays, the Court and Respondent may receive the cure packet after the date stated in the defective filing notice, even though I deposited it into ADX Florence legal mail as promptly as possible.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2026
ADX Florence (USP Florence ADMAX)

_____
Joseph Romano (Pro Se)
Reg. No. 72247-053

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Docket No. 26-15

Joseph Romano, Petitioner (Pro Se)
v.
United States of America, Respondent

CURE OF DEFECTIVE MOTION FOR EXTENSION OF TIME (Dkt. Entry 9)

Petitioner Joseph Romano (pro se) respectfully submits this filing to cure the Court·s
Defective Filing Notice regarding his Motion for Extension of Time (Dkt. Entry 9).

This cure submission includes:
1) Form T-1080 (Motion Information Statement); and
2) Certificate/Proof of Service on Respondent·s counsel.

Petitioner respectfully requests that the Court accept this submission as the cured
Motion for Extension of Time.

Respectfully submitted,

Joseph Romano, Petitioner Pro Se
Reg. No. 72247-053
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

Dated: March 13 , 2026

**Federal Rules of Appellate Procedure Form 7.  Declaration of Inmate Filing**

United States District Court for the District of ___E.D.N.Y___

ROMANO

    *Plaintiff,*    )

v.    )    Case No. ___26-15___

United States of America

    *Defendant.*    )

    I am an inmate confined in an institution. Today, ___March 13, 2026___ [*insert date*], I am depositing the ___/___ [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

    I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _____

Signed on ___March 13___ [*insert date*]

[***Note to* inmate filers:** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Extension Cure Packet (Dkt. Entry 9)

Rev. 12.1.2018

**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 6, 2026
Docket #: 26-15
Short Title: Romano v. United States of America

DC Docket #: 1:12-cr-691-1
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Denny Chin

### NOTICE OF DEFECTIVE FILING

On February 02, 2026 the Motion for extension of time, on behalf of the Petitioner Joseph Romano, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
__X__ **Missing motion information statement *(T-1080 – Local Rule 27.1)***
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
__X__ **Improper proof of service *(FRAP 25)***
    __X__ **Missing proof of service**
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here
for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs
*(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
__X__ Other: **Missing T-1080 form and proof of service. All motions must include T-1080 form, supporting papers and proof of service. Serve opposing counsel Amy Busa located at 271 Cadman Plaza East Brooklyn, NY 11201.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than February 27, 2026. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8638.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_Romano, Joseph_

**CERTIFICATE OF SERVICE***

v.

Docket Number: _26-15_

_United States of America_

I, _Joseph Romano_ , hereby certify under penalty of perjury that
(print name)

on _March 13, 2026_ , I served a copy of _T-1080, Cert. of service,_
(date)

_Declaration Support of cure, Cure of Defective motion, Form 7._
(list all documents)

by (select all applicable)**

___ Personal Delivery      _✓_ United States Mail      ___ Federal Express or other
Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| _Clerk of the Court_ | _40 Foley Square,_ | _New York_ | _N.Y._ | _10007_ |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| _Ausa Amy Busa_ | _271 Cadman Plaza East_ | _Brooklyn_ | _N.Y._ | _11201_ |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_March 13, 2026_

Today's Date                        Signature

Certificate of Service Form (Last Revised 12/2015)



Case: 26-15, 03/24/2026, DktEntry: 19.1, Page 10 of 10

Clerk of the Court
US Appeals Court
40 Foley Square
New York, NY-
11201

Prison legal Mail March 13, 2026