# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of March, two thousand twenty-six.

_____

Joseph Romano,

              Petitioner,

   v.

United States of America,

              Respondent.

_____

**ORDER**

Docket No. 26-15

Appellant, pro se, move for an extension of time to file a motion for a certificate of appealability.

IT IS HEREBY ORDERED that the motion is DENIED as moot in light of the Court's February 26, 2026 order denying Petitioner's motion for a COA as unnecessary.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court