## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: ROMANO v. U.S.  Docket No.: 26-15

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: DYLAN A. STERN, Assistant United States Attorney

Firm: United States Attorney's Office, Eastern District of New York

Address: 271 Cadman Plaza East, Brooklyn, New York 11201

Telephone: 718-254-6213  Fax:

E-mail: Dylan.Stern@usdoj.gov

**Appearance for:** RESPONDENT
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: AMY BUSA, United States Attorney's Office, Eastern District of New York )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of : )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/

Type or Print Name: DYLAN A. STERN