# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): _26-15_

Caption [use short title]

Motion for: _Authorization declaration for Romano's wife to file in Romano's stead._

Joseph Romano
v.
United States of America

Set forth below precise, complete statement of relief sought:

_To reaffirm and aver declaration of Authority for Karen Romano, cure defects, request needed time to comply with this courts order dated February 26, 2026._

MOVING PARTY: _Romano, J._    OPPOSING PARTY: _United States America_

[ ] Plaintiff    [ ] Defendant

[ ] Appellant/Petitioner    [✓] Appellee/Respondent

MOVING ATTORNEY: _Joseph Romano_    OPPOSING ATTORNEY: _AUSA Amy Busa_

[name of attorney, with firm, address, phone number and e-mail]

_Po Box 8500_
_USP Florence ADX_
_Florence, CO 81226_

_United States Attorney's office_
_271 Cadman Plaza East_
_Brooklyn, NY._
_11201_

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes    [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes    [ ] No    [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?    [ ] Yes [ ] No
Has this relief been previously sought in this court?    [ ] Yes [ ] No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?    [ ] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    [ ] Yes [ ] No  If yes, enter date: _____

Signature of Moving Attorney:

_____ Date: _March 25, 2026_    Service : [ ] Electronic [✓] Other [Attach proof of service]    _(email)_

Form T-1080 (rev. 10-23)

3 of 4

March 25, 2026

Clerk of the Court
United States Court of
Appeals for Second Circuit
40 Foley Square
New York, N.Y. 10007

RECEIVED
26 APR -7 AM 9:33

Re: Romano V. United States #26-15

Honorable Court:

I have scrutinized your order pertaining to defects in my motions in the above case. I hereby certify under penalty of perjury every defect has been cured. Please check the docket which will evince my representation.

Moreover my wife has power of Attorney in all matters pertaining to and before this Honorable Court. I Joseph Romano swear under penalty of perjury Karen Romano has authority to sign, file and make decissions in the above case in my stead. This authority

1 of 4

has an effective date retroactive to December 1, 2025. Sworn under Penalty of Perjury this March 25, 2026 /s/ Joseph Romano

Additionally, all my outgoing mail is reaching this Honorable Court approximately three weeks from the date I put the mail in the prison legal system.

Also, copies take as long as two weeks to receive.

I'm requesting additional time to respond to this Courts order dated February 26th, 2026. I require 30 days extra to comply.

Thank you for all your consideration in this matter.

Respectfully submitted,

Sworn under penalty of perjury March 25, 2026. /s/ Joseph Romano

Joseph Romano
USP Florence
Co. 81226

2 of 4

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Romano, Joseph

v.

**CERTIFICATE OF SERVICE***

Docket Number: 26-15

United States of America

I, Joseph Romano, hereby certify under penalty of perjury that
(print name)

on March 25, 2026, I served a copy of Motion for
(date)

extended time, declaration - Authorization.
(list all documents)

by (select all applicable)**

___ Personal Delivery       ✓ United States Mail       ___ Federal Express or other
                                                            Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

Clerk of the court
Second Cir. Court Appeals to Foley squ. New York, N.Y. 10007

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| AusA Amy Busa | US Attorney's office 271 Cadman Plaza E. | Brooklyn | N.Y. | 11201 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

March 25, 2026
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

4 of 4

Case: 26-15, 04/07/2026, DktEntry: 30.1, Page 5 of 5

Name _RoMaNo Joseph_
Reg. No. _(72247052)_
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500
cm-26-087

DENVER CO 802

1 APR 2026 PM 7 L

USM
SDNY

Clerk of the Court

Prison Mail March 25, 2026    10007-150729