UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT          RECEIVED

Docket Number(s): _26-15_          Caption [use short title]

APR 20 PM 2:46

Motion for: _(to cure)_
_Power of Attorney_
_for Karen Romano (item 23)_          Romano
United States
US COURT OF APPEALS
SECOND CIRCUIT

Set forth below precise, complete statement of relief sought:

_To accept Power of_
_Attorney for Karen Romano_
_from Joseph Romano in_
_the above listed case_
_Motion Previously filed._

MOVING PARTY: _Joseph Romano Prose_          OPPOSING PARTY: _United States_
_Ausa, Amy Busa_

- [ ] Plaintiff          - [ ] Defendant
- [ ] Appellant/Petitioner          - [x] Appellee/Respondent

MOVING ATTORNEY: _Joseph Romano_          OPPOSING ATTORNEY: _Ausa, Amy Busa_

[name of attorney, with firm, address, phone, number and e-mail]

_Joseph Romano_                              _Ausa: Attorney's office_
_U.S. Penitentiary Max_                    _Amy Busa  271 Cadman Plaza East_
_PO Box 8500 Florence, Co. 81226_    _Brooklyn, N.Y.  11201_

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes   - [ ] No (explain):_____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?          - [ ] Yes  - [ ] No
Has this relief been previously sought in this court?  - [ ] Yes  - [ ] No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
- [ ] Unopposed  - [ ] Opposed  - [x] Don't Know
Does opposing counsel intend to file a response:
- [ ] Yes  - [ ] No  - [x] Don't Know

Is the oral argument on motion requested?  - [ ] Yes  - [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  - [ ] Yes  - [x] No If yes, enter date:_____

Signature of Moving Attorney:
_____ Date: _April 9, 2026_ Service : - [ ] Electronic  - [x] Other [Attach proof of service]  US Mail

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

JOSEPH ROMANO,
*Applicant,*

v.

UNITED STATES OF AMERICA,
*Respondent.*

Docket No. 26-15

---

### DECLARATION OF JOSEPH ROMANO
### PURSUANT TO 28 U.S.C. § 1746

1. I, Joseph Romano, am the Applicant in the above-captioned proceeding. I am currently incarcerated at the United States Penitentiary, Administrative Maximum Facility (ADX Florence), Florence, Colorado, under Bureau of Prisons Register Number 72247-053. I have been subject to Special Administrative Measures (SAMs) since June 1, 2015, as documented in Exhibit R to the amended motion. I make this declaration based on my personal knowledge.

2. I have never stopped pursuing relief in this matter. I have advocated for myself continuously. What I lacked was not concern or effort, but access: access to confiscated materials, access to the full outside court record, and access to assistance capable of gathering and organizing the related documents across multiple dockets into a form usable by a court. I submit this declaration to explain the chain of custody of the family-preserved copy of Government Exhibit 3500-GM-14, my continued efforts to pursue relief, and the barriers that prevented earlier assembly of the present evidentiary package.

3. For trial in United States v. Romano, et al., No. 1:12-cr-00691-DC (E.D.N.Y.), I received Jencks Act materials produced by the Government pursuant to 18 U.S.C. § 3500, including the document designated Government Exhibit 3500-GM-14—a handwritten letter from cooperating witness Gerald Machacek to his attorney, bearing a fax footer on each page reading "AUG-07-2012 09:36AM From: ID:USAO EDNY" and the Government's own evidence sticker "12 CR 691 (JFK) / 3500-GM-14 / EXHIBIT / GOVERNMENT." At my sentencing on April 14, 2014, I raised the contents of material marked "3500 Gerry Machacek 15 JFK," and the court responded that "[u]sually 3500 material is not admissible as evidence." Doc. 178 at 49, PageID #: 1825 (Sentencing Tr., Apr. 14, 2014, filed July 9, 2014). This material was governed by the protective order entered December 18, 2013, which defined "Trial Discovery" as material produced pursuant to 18 U.S.C. § 3500 and Giglio. Doc. 120, PageID #: 716.

3 of 5

4. Prior to the entry of the confiscation order, while I was in custody, I found the handwritten August 2012 Machacek letter in the materials that had been provided to me for trial. I recognized that letter as important, made a copy of it, and mailed that copy to my wife Karen Romano at Karma Boutique, 2880 Merrick Road, Bellmore, New York 11710. The copy I mailed already bore the Government exhibit sticker "3500-GM-14 / 12 CR 691 (JFK)." The preserved envelope bears a United States Mail postmark of September 12, 2014, reflected in Exhibit I-1. The Government's own proposed confiscation order, filed September 15, 2014, confirms that on or about September 11, 2014, Romano "appears to have sent trial discovery to his wife Karen Romano, an unauthorized recipient." Doc. 180-1, PageID #: 1850. The Government's accompanying letter to the court states that "[i]ncluded in the letter was sensitive Trial Discovery produced to the defendant prior to trial." Doc. 180, PageID #: 1848.

5. On September 25, 2014, the court entered an order directing the Metropolitan Detention Center to confiscate from me all documents covered by the terms of the protective order, including all Jencks Act and Giglio materials. Doc. 185 at 5, PageID #: 1879. From that date forward, I no longer had access to the original Jencks set, including the original of Government Exhibit 3500-GM-14. The family-preserved copy held by Karen Romano, reflected in Exhibit I, is the only copy to which I have had access since the confiscation.

6. After my conviction, I continued to pursue relief on my own. I filed motions and applications and continued advocating for myself. At the same time, I did not possess a complete set of the outside court records, transcripts, audits, and related materials now before this Court. I also was unable to secure counsel who could obtain approval and assist in assembling the full record in a usable form.

7. On June 1, 2015, Special Administrative Measures were imposed on me at USP Florence ADX. Under those measures, my family calls were copied, reviewed, and delayed before delivery. The Special Administrative Measures have been, and remain to this day, a substantial barrier to my ability to communicate, obtain assistance, and assemble court materials in usable form.

8. Beginning no later than January 2025, Karen Romano began sending me findings from her review of court records and related dockets that she was able to obtain from PACER and other record sources outside the prison. Before that time, she was not yet in a position to provide me that level of organized assistance. Through her continuing correspondence, I came to understand more fully how the handwritten August 2012 Machacek letter, the later findings concerning Machacek in the Velazquez case, and the trial record fit together. I had always understood that the letter itself was important. What I had not had before was the fuller court-record framework showing how those pieces were connected.

9. Karen Romano has preserved the letters I sent her in response to the findings and materials she mailed to me. Those letters reflect, in real time, my receipt of her research and my

4 of 5

effort to incorporate those findings into my filings. My understanding of many of the outside record materials came through Karen Romano's review and correspondence, not through direct possession of the complete docket and transcript record by me.

10. Although I never stopped pursuing relief, I had never before had a real opportunity to present these matters in assembled, usable form. I continued filing and advocating for myself, but what changed in 2025 was not my effort. What changed was our ability to assemble the necessary materials in usable form. Karen Romano was finally able to help gather and transmit the outside record materials, and I then incorporated those findings into the motion I filed on September 23, 2025. I later learned from the court record that, before trial, the district court granted the Government's motion barring impeachment of Gerald Machacek based on the August 10, 2012 recording unless he testified. Doc. 142 at 2, 4–5, PageID ##862, 864–865. Until now, I did not have all of the documents, audits, analysis, and cross-docket record materials being presented together.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: _April 8, 2026_
At: USP Florence ADX, Florence, Colorado

**Joseph Romano**
Reg. No. 72247-053
USP Florence ADX
P.O. Box 8500
Florence, Colorado 81226

5 of 5

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of _Eastern District of New York_

Romano
        *Plaintiff,*
   v.

United States America
        *Defendant.*

Case No. _26-15_

I am an inmate confined in an institution. Today, _April 8, 2026_ [*insert date*], I am depositing the _(Exhit-1)_ [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _____

Signed on _April 8, 2026_ [*insert date*]

[***Note to inmate filers:*** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

1 of 5

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Romano

**CERTIFICATE OF SERVICE***

RECEIVED
26 APR 20 PM 2: 46
U.S. COURT OF APPEALS
SECOND CIRCUIT

Docket Number: 26-15

v.

United States

I, Joseph Romano , hereby certify under penalty of perjury that
(print name)
on April 9, 2026 , I served a copy of T-1080 form to cure
(date)
previous power of Attorney, this service: 2 pages
(list all documents)

by (select all applicable)**

___ Personal Delivery   ✓ United States Mail   ___ Federal Express or other
Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties: Clerk of the Court (second circuit)
US Court of Appeals   40 Foley Square   N.Y. N.Y. 10007

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Amy Busa, Ausa | 271 Cadman Plaza east | Brooklyn | NY | 11201 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 9, 2026
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Romano

**CERTIFICATE OF SERVICE***

Docket Number: 26-15

v.

United States

I, Joseph Romano, hereby certify under penalty of perjury that
(print name)

on April 8, 2026, I served a copy of Exhibit T-1 Declaration,
(date)
Trap form 7 Declaration of inmate filing, this service, 5 pages total.
(list all documents)

by (select all applicable)**

___ Personal Delivery   ✓ United States Mail   ___ Federal Express or other
Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties: (Second circuit)
Clerk of the Court United States Court of Appeals 40 Foley Square N.Y.N.Y. 10007

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Amy Busa, AUSA | 271 Cadman Plaza East | Brooklyn | N.Y. | 11201 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 8, 2026
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)

2 of 5



FOREVER USA
PURPLE HEART

17 APR 2026 PM 7 L

Clerk of the Court
United States Court of
Appeals for the
Second Circuit
40 Foley square
New York, New York
New York 10007

Docket No. 26-15

USMail
SDNY

Name Romano, Joseph
Reg. No. ZZZ47053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500
cm:26-102
Romano V. United States,
No. 26-15

Prison legal April 8, 2026

Case: 26-15, 04/20/2026, DktEntry: 32.1, Page 9 of 9

Name ___Romano, Joseph___
Reg. No. ___(72747053)___
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500
(m-26-103)

Romano v. United States
No. 26-15

Prison legal April 9, 2026

10007-150729

USM
SDNY

DENVER
17 APR 2026 PM 7

Clerk o
United
Appeal
Second
40 Fole
New Yor