# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of April, two thousand twenty-six.

Before:       Alison J. Nathan,
              *Circuit Judge.*

---

Joseph Romano,

       Petitioner,

   v.

United States of America,

       Respondent.

---

**ORDER**

Docket No. 26-15

Petitioner, pro se, moves for a 30-day extension of time to file an amended motion for leave to file a successive 28 U.S.C. § 2255 application pursuant to this Court's February 26, 2026 order. Petitioner also moves to give his spouse power of attorney and for permission for his spouse to file on his behalf.

IT IS HEREBY ORDERED that the motion to extend time is GRANTED. Petitioner may file an amended motion for leave to file a successive application by May 30, 2026. The motions are otherwise DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

