UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

RECEIVED
26 MAY -8 PH 2:47
U.S. COURT OF APPEALS
SECOND CIRCUIT

MOTION INFORMATION STATEMENT

Docket Number(s): 26-15

Motion for: Requesting Court to deny Govt. extension for time.

Caption [use short title]

Romanov.
United States

Set forth below precise, complete statement of relief sought:

Request that Court deny any extension or continuance for the Govt.; Fed. Rules of Civil procedure do Not permit further response.

MOVING PARTY: Romano, Joseph Pro Se   OPPOSING PARTY: United States Ausa Amy Busa

[ ] Plaintiff   [ ] Defendant

[ ] Appellant/Petitioner   [✓] Appellee/Respondent

MOVING ATTORNEY: Joseph Romano Pro Se   OPPOSING ATTORNEY: Amy Busa Ausa

[name of attorney, with firm, address, phone number and e-mail]

Joseph Romano
US Penitentiary Maxi.
P.O. Box 8500, Florence, CO-81226

Amy Busa
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, N.Y. 11201

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1): [✓] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [✓] No If yes, enter date: _____

Signature of Moving Attorney: _____   Date: April 10 2026   Service: [ ] Electronic [✓] Other [Attach proof of service] US Mail

Form T-1080 (rev. 10-23)

April 8, 2026

Clerk of the Court
Second Circuit Court of
Appeals
40 Foley Square
New York, New York
            11201

        Re: Docket No. 26-15


    Honorable Court:


    I vociferously object to
any continuance or extension of
time for the Government.
    Rules of Civil procedure do
not permit any further response
from the government.

                    Respectfully submitted

                    Joseph Romano

1 of 1

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Romano

v.

**CERTIFICATE OF SERVICE***

Docket Number: 26-15

RECEIVED 26 MAY -8 PH 2:46 U.S. COURT OF APPEALS SECOND CIRCUIT

United States

I, Joseph Romano , hereby certify under penalty of perjury that
(print name)

on April 10, 2026 , I served a copy of Form 7 Declaration,
(date)

Form T-1080, Handwritten Motion, this service, 4 pages.
(list all documents)

by (select all applicable)**

___ Personal Delivery      ✓ United States Mail      ___ Federal Express or other
                                                          Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

Clerk of the Court
Second Circuit Appeals 40 Foley Square N.Y. N.Y. 10007

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Amy Busa Ausa | 271 Cadman Plaza East Brooklyn | | N.Y. | 11201 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

April 10, 2026
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

FEDERAL PRISON CAMP
P.O. BOX ____
FLORENCE, COLORADO 5____

DATE: _____ APR 2 9 2026

SPECIAL/LEGAL MAIL

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of _Eastern District of New York_

Romano

)
     *Plaintiff,*       )
  v.             )         Case No. _26-15_

United States    )
     *Defendant.*   )

     I am an inmate confined in an institution. Today April 10, 2026 [*insert date*], I am depositing the Motion of Correction [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

     I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _____

Signed on _April 10, 2026_, [*insert date*]

[***Note to inmate filers:*** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018



DENVER CO 802

30 APR 2026 PM 7 L

Clerk of the Court
United States Court of
Appeals, Second Circuit
40. Foley Square
New York, N.Y. 10007

Name: Romano, Joseph
Reg. No. 77747053
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500
Cm-26-161
Romano v. United States

RECEIVED
'26 MAY -9 PM 9
COURT OF APPEALS
SECOND CIRCUIT

Prison Legal April 19, 2026

10007-150729