# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand twenty-six.

---

Joseph Romano,

        Petitioner,

  v.

United States of America,

        Respondent.

---

**ORDER**

Docket No. 26-15

Petitioner, pro se, has filed a motion to deny the Government's motion to extend time.

IT IS HEREBY ORDERED that Petitioner's motion is DENIED as moot because the Government has not moved for an extension of time.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court