**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): _26-15_

Motion for: _Supporting papers_

Caption [use short title]

Set forth below precise, complete statement of relief sought:

_Except sworn statement of papers enclosed herein._

_ROMANO v. United States of America_

MOVING PARTY: _ROMANO_      OPPOSING PARTY: _Ausa Stern + Muros-Bishoff_

[✓] Plaintiff          [ ] Defendant

[ ] Appellant/Petitioner    [ ] Appellee/Respondent

MOVING ATTORNEY: _Joseph Romano_      OPPOSING ATTORNEY: _Ausa Stern + Muros-Bishoff_

[name of attorney, with firm, address, phone number and e-mail]

_U.S. Penitentiary Max._      _271 Cadman Plaza East_
_PO Box 8500_      _Brooklyn, New York 11201_
_Florence, Co. 81226_

Court- Judge/ Agency appealed from: _District Court Eastern District New York_

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  [ ] Yes [✓] No
Has this relief been previously sought in this court?  [ ] Yes [✓] No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?  [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [ ] Yes [✓] No If yes, enter date: _____

Signature of Moving Attorney:
_____ Date: _May 12, 2026_ Service : [ ] Electronic [ ] Other [Attach proof of service]

_U.S. Postal service_

Form T-1080 (rev. 10-23)

Joseph Romano, Reg. No. 72247-053
USP Florence ADMAX, P.O. Box 8500, Florence, CO 81226
~~April~~ May 12, 2026

Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square, New York, New York 10007

**Re: Romano v. United States, No. 26-15**

Dear Clerk of Court:

I respectfully write as the Applicant in the above-captioned matter. My amended submission, in compliance with the Court's February 26, 2026 order at DktEntry 15.1, was transmitted to the Court and served on Respondent's counsel within the 30-day cure period. I am informed that hard-copy binders were delivered to the Clerk's Office and to Respondent's counsel on March 26, 2026. My motion to authorize my spouse, Karen Romano, to file or transmit papers on my behalf remains pending (DktEntry 30/31).

I also respectfully direct the Court's attention to 28 U.S.C. § 2244(b)(3)(D), which provides that the court of appeals shall grant or deny authorization to file a second or successive application not later than 30 days after the filing of the motion. My amended submission and supporting evidentiary materials are before the Court. I am serving concurrent life sentences under Special Administrative Measures at USP Florence ADMAX.

I respectfully request that the Court resolve the pending authorization motion, confirm the operative filing date of the amended submission, and set any response schedule for Respondent on a prompt basis consistent with 28 U.S.C. § 2244(b)(3)(D). Enclosed are a completed Motion Information Statement (Form T-1080), a Supplemental Declaration in Support of DktEntry 30/31, and a Declaration of Inmate Filing (FRAP Form 7).

Respectfully submitted,

_____
Joseph Romano, Applicant, Pro Se

**Certificate of Service:** I certify under penalty of perjury that on ~~April~~ May 12, 2026, I deposited a copy of this letter and all enclosures in the institutional mail at USP Florence ADMAX, addressed to Dylan Alexander Stern, AUSA, and Amanda Muros-Bishoff, AUSA, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201.

_____
Joseph Romano, Reg. No. 72247-053

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

JOSEPH ROMANO,

*Applicant,*

v.                          No. 26-15

UNITED STATES OF AMERICA,

*Respondent.*

## SUPPLEMENTAL DECLARATION OF JOSEPH ROMANO
## IN SUPPORT OF DKTENTRY 30/31

*28 U.S.C. § 1746*

I, Joseph Romano, declare under penalty of perjury that the following is true and correct. This declaration supplements my sworn statement filed at DktEntry 30.1 and provides the additional facts necessary to support the pending motion and to establish the operative filing date under 28 U.S.C. § 2244(b)(3)(D).

1. I am the Applicant. I am incarcerated at USP Florence ADMAX, Register Number 72247-053. I have been subject to Special Administrative Measures ("SAMs") since June 1, 2015.

2. Under the SAMs: my outgoing correspondence is limited to three pages per calendar week to a single recipient; all mail is subject to review delays of up to sixty business days; every telephone call is monitored by the FBI; I have no access to electronic legal research or electronic filing; and I have never been able to place a direct telephone call to this Court from this facility.

3. My amended submission in response to the Court's February 26, 2026 cure order (DktEntry 15.1) totals approximately 400 pages. At three pages per week, transmitting this submission through institutional mail would require over two and a half years. It was not reasonably possible for me to comply with the 30-day cure period through institutional mail alone.

4. For this reason, I authorized my wife, Karen Romano, to transmit and file papers on my behalf. I executed a signed declaration under 28 U.S.C. § 1746 on April 15, 2025 (Exhibit T to the amended submission) and a DOJ-361 Certification of Identity. Karen Romano's authority is retroactive to December 1, 2025. She is not acting as my attorney. I remain pro se. All legal arguments and decisions in this proceeding are mine.

5. I personally reviewed and approved the amended submission before it was transmitted. The submission reflects my claims, my evidence, and my arguments. Karen Romano transmitted it at my direction.

6. I am informed that Karen Romano delivered the complete amended submission, including all exhibits, to the Clerk's Office and to Respondent's counsel by hand on March 26, 2026. Service was also made by First-Class U.S. Mail on March 25, 2026. The submission was delivered within the 30-day period set by the Court's February 26, 2026 cure order.

7. The delays imposed by these conditions are documented on the record. A single piece of outgoing legal mail from this facility has taken thirteen days from lockbox to postmark and twenty days from lockbox to the court's docket. Procedural filings requiring turnaround within seven or fourteen days cannot be accomplished from this facility without the assistance of an authorized transmitting party.

8.  I respectfully direct the Court's attention to 28 U.S.C. § 2244(b)(3)(D), which provides that the court of appeals shall grant or deny authorization not later than 30 days after the filing of the motion. My amended submission and supporting evidentiary materials were delivered to the Clerk's Office and served on Respondent's counsel on March 26, 2026. I am serving concurrent life sentences under the Special Administrative Measures described above. I respectfully request that the Court confirm the operative filing date, grant the pending motion at DktEntry 30/31, and resolve the authorization application on a prompt basis consistent with the statute.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on May 12, 2026.

Joseph Romano, Applicant, Pro Se
Reg. No. 72247-053
USP Florence ADMAX
P.O. Box 8500, Florence, CO 81226

**Federal Rules of Appellate Procedure Form 7. Declaration of Inmate Filing**

RECEIVED
26 MAY 22 PM 2:46

United States District Court for the District of _Eastern District New York_

Romano )
     *Plaintiff,* )
v. )       Case No. _26-15_
  )
United States of America )
     *Defendant.* )

    I am an inmate confined in an institution. Today, _May 12 2026_ [*insert date*], I am depositing the _supporting_ [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

    I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _[signature]_

Signed on _May 12 2026_ [*insert date*]

[***Note to inmate filers:*** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

Rev. 12.1.2018

Case: 26-15, 05/22/2026, DktEntry: 39.1, Page 6 of 6

Name: Romano, Joseph
Reg No: (72247053)
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

Lm-26-140

Second Circuit (case 26-15)

DENVER CO 802

19 MAY 2026 PM 6 L

US MAID SDNY

c/o Clerk of the Court
Second Circuit Court of Appeals
Foley Square
New York, New York
10007

Prison Legal Mail  5-12-26

10007-150299