UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __26-15__ _____ Romano v. United States of America

Motion for: _Cure of defective filing at_
_Docketentry 40.1 Regarding DktEntry 38._

Cure of defective filing at DktEntry 40.1 regarding DktEntry 38

Motion to accept hand-delivered amended motion and supporting exhibits

Set forth below precise, complete statement of relief sought:

Petitioner Joseph Romano requests that the Court accept this T-1080 as the cure

for the defective filing identified at DktEntry 40.1 regarding DktEntry 38;

accept the corrected motion to accept the hand-delivered amended motion and

supporting exhibits; and deem the corrected filing timely under the Court's

May 26, 2026 defect notice.

MOVING PARTY: _Joseph Romano_ _____ OPPOSING PARTY: _United States of America_ _____

    ☐ Plaintiff     ☐ Defendant

    ☒ Appellant/Petitioner     ☐ Appellee/Respondent

MOVING ATTORNEY: _Joseph Romano, Pro Se_ _____ OPPOSING ATTORNEY: _Dylan Alexander Stern / Amanda Muros-Bischoff, AUSAs_

[name of attorney, with firm, address, phone number and e-mail]

Joseph Romano, Reg. No. 72247-053      United States Attorney's Office, Eastern District of New York

USP Florence ADMAX, P.O. Box 8500      271 Cadman Plaza East

Florence, CO 81226      Brooklyn, NY 11201

Court- Judge/ Agency appealed from: _EDNY (Brooklyn), No. 1:12-cr-691-1, Trial Judge Denny Chin_

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): _By U.S. Mail_

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below? ☐ Yes ☒ No
Has this relief been previously sought in this court? ☐ Yes ☒ No

Requested return date and explanation of emergency: _____
_Not an emergency motion._

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: _____

Signature of Moving Attorney:
_[signature]_ Date: June 10, 2026      Service : ☐ Electronic ☒ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

JOSEPH ROMANO
Reg. No. 72247-053
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

June 10, 2026

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: Romano v. United States of America, No. 26-15
Cure of Defective Filing at DktEntry 40.1 Regarding DktEntry 38

Dear Clerk of Court:

I respectfully submit this filing to cure the defective filing notice entered at DktEntry 40.1 concerning DktEntry 38.

The notice identified a missing Motion Information Statement, Form T-1080. I enclose a completed and signed Form T-1080 specifically keyed to DktEntry 38 and respectfully request that the Court accept it as the cure, accept the corrected filing, and deem the corrected filing timely under the Court's May 26, 2026 notice.

I also note that a completed Form T-1080 was filed contemporaneously at DktEntry 39.1, page 1, as part of the papers I personally signed and deposited. This cure supplies a separate Form T-1080 for DktEntry 38 to resolve the defect notice directly.

Respectfully submitted,

Joseph Romano, Applicant, Pro Se
Reg. No. 72247-053

Enclosures:
1. Completed Form T-1080 for DktEntry 38
2. Certificate of Service
3. Official FRAP Form 7 Declaration of Inmate Filing (completed separately on the official form)

May 13, 2026

Clerk of the Court
United States Court
of Appeals for the
Second Circuit
40 Foley Square
New York, N.Y. 10007

RECEIVED
22 MAY 22 PM 2:31
U.S. COURT OF APPEALS
SECOND CIRCUIT

Re: Romanov - United States (No. 26-15)

Clerk of the Court,

On March 26, 2026 my wife Karen Romano physically hand delivered my amended Motion for leave to file a successive 28 USC § 2255 application pursuant to this Courts February 26, 2026 order. Karen Romano physically - in person delivered the 400 page amended Motion to this Honorable Court and to the prosecutor.

This amended Motion which answers page 5 is transmittal — being delivered by my wife.

I'm asking this Court to except the hand delivered

1 of 2

Motion which I have submitted to this court via — transmittal My wife Karen Romano pursuant to this Honorable Courts order dated April 30th 2026.

Respectfully Submitted,

Dated May 13, 2026

Joseph Romano
U.S.P. Max -
Po Box 8500
Florence, Co. 81226

2 of 2

## Certificate of Service

I certify under penalty of perjury on May 13, 2026, I deposited two page letter in prison legal mail addressed to Second Circuit Court of Appeals 40 Foley Square N.Y. N.Y. 10007 and to Ausa Stern + Muros-Bishoff 271 Cadman Plaza East, Brooklyn, N.Y. 11201.

Dated May 13, 2026
Florence, Colorado

(72247053)

1 of 1

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of ___Eastern District of New York___

|  |  |  |
|---|---|---|
| Joseph Romano | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. ___26-15___ |
| | ) | |
| United States of America | ) | |
| *Defendant.* | ) | |

I am an inmate confined in an institution. Today, June _10_, 2026, I am depositing the Cure of Defective Filing at DktEntry 40.1 Regarding DktEntry 38 in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _[signature]_

Signed on ___June 10, 2026___ [insert date]

*[Note to inmate filers:   If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).]*

Rev. 12.1.2018

## CERTIFICATE OF SERVICE

I, Joseph Romano, certify under penalty of perjury that on June _10_, 2026, I deposited a copy of the foregoing Cure of Defective Filing at DktEntry 40.1 Regarding DktEntry 38, with enclosures, in the institutional mail at USP Florence ADMAX, addressed to:

Dylan Alexander Stern
Amanda Muros-Bischoff
Assistant United States Attorneys
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

I further certify that first-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June _10_, 2026.

Joseph Romano
Reg. No. 72247-053
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

Name: Romano, Joseph
Reg No: 72247053
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

26-158

USM4D
SDNY

DENVER CO 802
16 JUN 2026 PM7 L
250

Clerk of the Court
United States Court of Appeals
For the Second Circuit
Court of Appeals
40 Foley Square
New York, N.Y.
10007

Prison Legal Mail June 10, 2026

10007-150299