UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 26-15 _____  Romano v. United States of America _____

Motion for: Cure of defective filing at DktEntry 43.1 regarding DktEntry 42

Motion to accept/deem lodged 03/26/2026 amended cure submission

and treat shorter later handwritten filings as confirming supplements

Set forth below precise, complete statement of relief sought:

Petitioner Joseph Romano requests that the Court accept this T-1080 as the cure

for DktEntry 43.1 regarding DktEntry 42; accept the corrected motion to accept

or deem lodged the 03/26/2026 amended cure submission; treat shorter later

handwritten filings as confirming supplements; and deem the corrected filing timely

under the Court's June 4, 2026 defect notice.

**RECEIVED 26 JUN 29 PM 2:59 U.S. COURT OF APPEALS SECOND CIRCUIT**

MOVING PARTY: Joseph Romano _____  OPPOSING PARTY: United States of America _____

[ ] Plaintiff     [ ] Defendant

[X] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: Joseph Romano, Pro Se _____  OPPOSING ATTORNEY: Dylan Alexander Stern / Amanda Muros-Bishoff, AUSAs

[name of attorney, with firm, address, phone number and e-mail]

Joseph Romano, Reg. No. 72247-053 _____  United States Attorney's Office, EDNY _____

USP Florence ADMAX, P.O. Box 8500 _____  271 Cadman Plaza East _____

Florence, CO 81226 _____  Brooklyn, NY 11201 _____

Court- Judge/ Agency appealed from: EDNY (Brooklyn), No. 1:12-cr-691-1, Trial Judge Denny Chin

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has this request for relief been made below?  [ ] Yes [X] No
Has this relief been previously sought in this court?  [ ] Yes [X] No

Requested return date and explanation of emergency: _____
_____
_____
_____

Is the oral argument on motion requested?  [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [ ] Yes [X] No If yes, enter date: _____

Signature of Moving Attorney:
_____ Date: June 14, 2026 _____  Service : [ ] Electronic [X] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

JOSEPH ROMANO
Reg. No. 72247-053
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

June 14, 2026

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: Romano v. United States of America, No. 26-15
Cure of Defective Filing at DktEntry 43.1 Regarding DktEntry 42

Dear Clerk of Court:

I respectfully submit this filing to cure the defective filing notice entered at
DktEntry 43.1 concerning DktEntry 42.

The notice identified a missing Motion Information Statement, Form T-1080. I enclose a
completed and signed Form T-1080 specifically keyed to DktEntry 42 and respectfully
request that the Court accept it as the cure, accept the corrected filing, and deem the
corrected filing timely under the Court's June 4, 2026 notice.

Respectfully submitted,

6-14-26

Joseph Romano, Applicant, Pro Se
Reg. No. 72247-053

Enclosures:
    1. Completed Form T-1080 for DktEntry 42
    2. Certificate of Service
    3. Official FRAP Form 7 Declaration of Inmate Filing



## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

JOSEPH ROMANO,

     Applicant,

v.                       No. 26-15

UNITED STATES OF AMERICA,

     Respondent.

**APPLICANT'S NOTICE AND PERSONAL FILING UNDER DktEntry 33.1, STATEMENT OF EFFORTS TO COMPLY, AND ADOPTION OF THE MARCH 25–26 AMENDED CURE AS APPLICANT'S PRO SE AMENDED APPLICATION**

Applicant Joseph Romano, pro se, respectfully submits this Notice and Personal Filing.

1. I am Joseph Romano, Applicant in Romano v. United States, No. 26-15. I am incarcerated at USP Florence ADMAX under Register No. 72247-053. I have been subject to Special Administrative Measures since June 1, 2015. I file this Notice and Personal Filing pro se.

2. I deposit this filing into the institutional legal mail system at USP Florence ADMAX on the date written below, in compliance with this Court's order at DktEntry 33.1 and within the May 30, 2026 deadline set by that order. Under Federal Rule of Appellate Procedure 25(a)(2)(A)(iii), the deposit date is the filing date.

3. This is my personal filing. I file it in my own name because I am the Applicant, I am pro se, and I am personally asking the Court to accept, lodge, and consider my amended cure submission.

### STATEMENT OF EFFORTS TO COMPLY

4. I have made continuous efforts to comply with this Court's orders. I set those efforts out here so the Court has the full record of those efforts in one place.

5. This proceeding was opened in this Court on January 6, 2026, after Judge Chin transferred my September 23, 2025 § 2255 motion to the Second Circuit pursuant to 28 U.S.C. § 1631 for a determination whether my successive § 2255 motion may be considered. That

1

understand that correspondence reported that the May 1 signing sets had been picked up at the Florence, Colorado post office but had not been delivered to me, and that I had not received the Court's pro se copy of DktEntry 33.1. I understand that copies of that May 13 correspondence are being preserved and can be provided if the Court requests them.

12. I now file this Notice and Personal Filing, in my own name, through the institutional legal mail system at USP Florence ADMAX, as my personal compliance with DktEntry 33.1. I am filing this so that the May 30, 2026 deadline is met by a signed personal filing from me, and so that the full amended cure already in this Court's possession is preserved as my pro se amended application. If I receive or have received any complete signing set in time to sign and deposit it through institutional legal mail, I will do so. I respectfully ask that any such signed institutional-mail filing be treated as confirming, adopting, and supplementing the March 25–26, 2026 amended cure submission, not as replacing or abandoning it.

**ADOPTION OF THE MARCH 25–26 AMENDED CURE SUBMISSION**

13. I expressly adopt and confirm the amended cure submission and two binders physically delivered to the Clerk of this Court on March 25–26, 2026, together with all supporting exhibits, as my own pro se amended application.

14. That submission is my response to this Court's February 26, 2026 cure order at DktEntry 15.1. It contains the full account of my case and the complete organized evidentiary record necessary for this Court to decide my application for authorization under 28 U.S.C. § 2255(h)(1).

15. I have seen a copy of the amended cure submission, and I confirm that the contents of the March 25–26, 2026 submission reflect my claims, my evidence, and my legal arguments. Every position and representation in that submission is mine. The submission was prepared at my direction, with my prior authorization, and through my continuing correspondence with my wife, Karen Romano.

16. I respectfully ask the Court to accept for filing, or in the alternative to deem lodged as of receipt, the amended pro se submission physically transmitted to the Clerk on March 25–26, 2026, together with its exhibits. That submission was prepared as my response to the Court's February 26, 2026 cure order, DktEntry 15.1, and was delivered because I am confined at USP Florence ADMAX under Special Administrative Measures and cannot practically transmit an approximately 400-page evidentiary submission through institutional mail within the Court's deadline.

3

**RELIEF REQUESTED**

23. I respectfully ask this Court to:

a. accept this Notice and Personal Filing as my pro se compliance with DktEntry 33.1, deposited through institutional legal mail at USP Florence ADMAX on or before May 30, 2026;

b. accept for filing, or in the alternative deem lodged as of receipt, the March 25–26, 2026 amended cure submission and two binders physically delivered to the Clerk, together with all supporting exhibits;

c. treat the March 25–26, 2026 amended cure submission as my full operative pro se amended application for authorization under 28 U.S.C. § 2255(h)(1);

d. treat any shorter, later, handwritten, full-set, condensed, returned, or institutional-mail filing from me as confirming, adopting, and supplementing the March 25–26, 2026 amended cure submission, not as replacing, narrowing, withdrawing, waiving, or abandoning it;

e. preserve any May 1 package, May 9 packet, or returned filing materials if received by the Court; and

f. not permit ADX/SAMs mail obstacles to strip my application of the exhibits and evidentiary record support that the Court's February 26, 2026 cure order required and that the March 25–26, 2026 submission already provides.

24. I am doing everything reasonably possible to comply with this Court's orders while confined at USP Florence ADMAX under Special Administrative Measures. I am not trying to avoid this Court's filing requirements. I am trying to comply with them while preserving the full evidentiary record necessary for this Court to decide my application.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. 28 U.S.C. § 1746.

5

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Joseph Romano

**CERTIFICATE OF SERVICE***

Docket Number: 26-15

v.

United States of America

I, _____Joseph Romano_____, hereby certify under penalty of perjury that
   (print name)

on June ___, 2026 _____, I served a copy of _____
      (date)

Cure of Defective Filing at DktEntry 43.1 Regarding DktEntry 42, with enclosures _____

(list all documents)

by (select all applicable)**

___ Personal Delivery    X United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Dylan Alexander Stern | 271 Cadman Plaza East | Brooklyn | NY | 11201 |
| Amanda Muros-Bishoff | 271 Cadman Plaza East | Brooklyn | NY | 11201 |
| United States Appeals Court | 40 Foley Square N.Y. | N.Y. | | 10007 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

June 14, 2026
_____
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of Eastern District of New York

Joseph Romano⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀*Plaintiff,*⠀⠀⠀⠀⠀)
⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Case No. 26-15

United States of America⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀*Defendant.*⠀⠀⠀⠀)

I am an inmate confined in an institution. Today, June 14, 2026 *[insert date]*. I am depositing the ⠀⠀Cure of Defective Filing at DktEntry 43.1 Regarding DktEntry 42⠀ case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀

Signed on June 14, 2026⠀⠀⠀⠀⠀ *[insert date]*

*[**Note to inmate filers:** If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).]*

Rev. 12.1.2018



FOREVER USA
PURPLE HEART

DENVER CO 802
25 JUN 2025 PM

Name: Romano Joseph
Reg No: 77747053
U.S. PENITENTIARY MAX
P.O. BOX 8500
FLORENCE, CO 81226-8500
cm-76166

Clerk of the Court
United States Court
of Appeals for the
Second Circuit
40 Foley Square
New York, N.Y.
10007

10007-150725

Prison Legal Mail June 14, 2026