# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand twenty-six.

Present:
> Richard J. Sullivan,
> > *Circuit Judge.*

---

Joseph Romano,

> *Petitioner,*

> v.                                                                                                 26-15

United States of America,

> *Respondent.*

---

Petitioner moves to cure a defective filing. 2d Cir. 26-15, doc. 44 (motion). Upon due consideration, it is hereby ORDERED that the motion is DENIED. It is further ORDERED that Respondent file, within 21 days, a response to Petitioner's amended motion to file a successive section 2255 petition (filed at 2d Cir. 26-15, doc. 41). In the meantime, that motion is STAYED until further order of this Court to allow adequate time for additional briefing, review of the parties' papers, receipt of relevant records, and issuance of a decision. *See Galtieri v. United States*, 128 F.3d 33, 37 (2d Cir. 1997) (discussing circumstances warranting stay of the statutory period for deciding motions for leave to file a successive § 2255 motion).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

