# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of July, two thousand twenty-six.

Before:     Richard J. Sullivan,
                 *Circuit Judge.*

_____

Joseph Romano,

        Petitioner,

  v.

United States of America,

        Respondent.

_____

**ORDER**

Docket No. 26-15

Petitioner, pro se, moves to cure a defective motion at docket entry 42.

IT IS HEREBY ORDERED that the motion is DENIED as moot. Petitioner has filed an amended application for a leave to file a second or successive petition for a writ of habeas corpus at docket entry 41 (the "amended successive application"). The Court will decide Petitioner's amended successive application in the ordinary course.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court