## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: _____ ROMANO v. U.S. _____ Docket No.: 26-15 _____

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: _____ SUSAN CORKERY, Assistant United States Attorney _____

Firm: _____ United States Attorney's Office, Eastern District of New York _____

Address: _____ 271 Cadman Plaza East, Brooklyn, New York 11201 _____

Telephone: _____ 718-254-6286 _____ Fax: _____

E-mail: _____ Susan.Corkery@usdoj.gov _____

**Appearance for:** _____ RESPONDENT _____
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Amanda Muros-Bishoff, United States Attorney's Office, Eastern District of New York )
(name/firm)

☐ Amicus (in support of : _____ )
(party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____ /s/ _____

Type or Print Name: _____ SUSAN CORKERY _____