# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): _____     Romano v. United States

Motion for: 26-15

Protective extension of time to file FRAP 27(a)(4) reply

Set forth below precise, complete statement of relief sought:

Petitioner seeks a protective extension to file any FRAP 27(a)(4) reply

to Respondent's forthcoming response to Dkt. 41.

Petitioner lacks electronic notice/service, and SAMs mail review may prevent

receipt before some or all of the 7-day reply period expires.

*[Stamp: RECEIVED 26 JUL 21 AM 9:32 U.S. COURT OF APPEALS SECOND CIRCUIT]*

MOVING PARTY: Joseph Romano, Pro Se Petitioner       OPPOSING PARTY: United States of America

[ ] Plaintiff          [ ] Defendant

[X] Appellant/Petitioner    [X] Appellee/Respondent

MOVING ATTORNEY: Joseph Romano, Pro Se       OPPOSING ATTORNEY: Amanda Muros-Bishoff & Dylan Stern, AUSAs

[name of attorney, with firm, address, phone number and e-mail]

USP Florence ADMAX, U.S. Penitentiary       U.S. Attorney's Office for the Eastern District of New York

P.O. Box 8500       271-A/271 Cadman Plaza East

Florence, CO 81226       Brooklyn, NY 11201

Court- Judge/ Agency appealed from: U.S.D.C. E.D.N.Y., No. 1:12-cr-00691-DC

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [X] No (explain): Pro se; service by U.S. Mail.

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [ ] Yes [X] No If yes, enter date: _____

Signature of Moving Attorney: _____ Date: July 12, 2026 Service: [ ] Electronic [X] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT



Joseph Romano,

      Petitioner,

v.

United States of America,

      Respondent.

Docket No. 26-15

## PROTECTIVE MOTION FOR EXTENSION OF TIME TO FILE FRAP 27(a)(4) REPLY

Petitioner Joseph Romano, pro se, respectfully moves for a protective extension of time to file any reply permitted by Federal Rule of Appellate Procedure 27(a)(4) to Respondent's forthcoming response to Petitioner's amended motion to file a successive section 2255 petition, Dkt. 41.

On July 1, 2026, this Court ordered Respondent to file, within 21 days, a response to Petitioner's amended motion at Dkt. 41. The Court also stayed Dkt. 41 until further order "to allow adequate time for additional briefing, review of the parties' papers, receipt of relevant records, and issuance of a decision." Dkt. 46.1.

Federal Rule of Appellate Procedure 27(a)(4) permits a reply to a response, but provides that any reply "must be filed within 7 days after service of the response" and "must not present matters that do not relate to the response." Petitioner does not seek to file a merits reply now. He seeks only advance protection of the reply period because he cannot receive electronic notice or electronic service.

Petitioner is confined at USP Florence ADMAX under Special Administrative Measures. Correspondence with the Court is not subject to a page limit, but all nonlegal mail, including correspondence to and from U.S. courts, is subject to a government review and analysis period "not to exceed 14 business days for mail which is written entirely in the English language." Dkt.

41.1, Exhibit R, Page 300 of 321 (p. 13 of Exhibit R). The record also explains "the combined effect of restricted communication, lack of electronic access to court records, delayed mail processing, and inability to coordinate document assembly in real time." Dkt. 41.1, Page 313 of 321, Karen Romano Declaration, paragraph 14.

Because Respondent's response will be filed electronically, some or all of Petitioner's 7-day reply period may expire before he receives the response through institutional legal mail. In addition, because the 14-business-day review period may apply separately to Respondent's response reaching Petitioner and to Petitioner's reply leaving the institution, the combined delay may exceed 28 business days, well beyond the 7-day period Rule 27(a)(4) allows.

Petitioner therefore makes this protective procedural request before the reply deadline begins to run, so that the reply right recognized by Rule 27(a)(4) is not lost through mail delay outside his control.

Petitioner respectfully requests that the Court extend the time for any Rule 27(a)(4) reply until 30 days after Petitioner receives Respondent's response through institutional legal mail, or grant any other reasonable deadline the Court deems appropriate. Petitioner also asks that this motion be treated as procedural only and not as a merits filing or supplement to Dkt. 41.

Petitioner will confine any future reply to matters raised in Respondent's response, as required by Rule 27(a)(4).

Respectfully submitted,

Joseph Romano, Pro Se Petitioner

Reg. No. 72247-053

USP Florence ADMAX

U.S. Penitentiary

P.O. Box 8500

Florence, CO 81226          Date: July 12, 2026

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**CERTIFICATE OF SERVICE**

Caption: Joseph Romano v. United States of America

Docket Number: 26-15

I, Joseph Romano, hereby certify under penalty of perjury that on July 12, 2026 [date], I served a copy of the Protective Motion for Extension of Time to File FRAP 27(a)(4) Reply by United States Mail on the following counsel for Respondent:

Amanda Muros-Bishoff, Assistant U.S. Attorney

United States Attorney's Office for the Eastern District of New York

271-A Cadman Plaza East

Brooklyn, NY 11201

Dylan Alexander Stern, Assistant U.S. Attorney

United States Attorney's Office for the Eastern District of New York

271 Cadman Plaza East

Brooklyn, NY 11201

Today's Date: July 12, 2026

Signature: _____

Joseph Romano, Pro Se Petitioner

RECEIVED 26 JUL 21 AM 9:33 U.S. COURT OF APPEALS SECOND CIRCUIT

Federal Rules of Appellate Procedure Form 7
**Declaration of Inmate Filing**

United States Court of Appeals for the Second Circuit

Joseph Romano, Petitioner,

v.

United States of America, Respondent.

Docket No. 26-15

I am an inmate confined in an institution. Today, July 12, 2026 [insert date], I am depositing the Protective Motion for Extension of Time to File FRAP 27(a)(4) Reply in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _Joseph Romano_

Signed on July 12, 2026 [insert date]

*[Note to inmate filers: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 25(a)(2)(A)(iii).]*

Case: 26-15, 07/21/2026, DktEntry: 50.1, Page 6 of 6

Name: Romano, Joseph
Reg No: (72247-053)
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

26-191

USM4LI
SDNY

ER CO 80.
16 JUL 2026   PM 6   L

Clerk of the Court
United States Court of
Appeals For the Second
Circuit
40 Foley Square
New York, N.Y.
10007

Prison legal Mail July 12, 2026

10007-150728