# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand twenty-six.

Before:      Alison J. Nathan,
            *Circuit Judge.*

_____

Joseph Romano,

      Petitioner,

  v.

United States of America,

      Respondent.

_____

**ORDER**

Docket No. 26-15

Petitioner moves for a 30-day extension of time to file a reply in support of his amended application for leave to file a successive petition for a writ of habeas corpus.

IT IS HEREBY ORDERED that the motion is GRANTED. Petitioner shall file any reply by September 3, 2026.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

